# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Melanie van Kampen <br> *Plaintiff* <br> v. <br> The State of South Carolina <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  3:18-cv-1067-HMH <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., United States District Judge.

Date:  June 14, 2018                                      *CLERK OF COURT*

                                                                                                s/Debbie Stokes
                                                                        _____
                                                                            *Signature of Clerk or Deputy Clerk*